IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| JANET M. STOUT<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER, SOCIAL SECURITY ADMINISTRATION<br><br>　　　　　　　　　Defendant. | Case No. 2:19-cv-00354-SB<br><br>**ORDER FOR FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT** |

　　It is hereby ORDERED that fees in the amount of $5845.44 shall be awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). The parties agree that attorney and paralegal fees in the amount of $5845.44 will be paid to Plaintiff's attorney, subject to verification that Plaintiff does not have a debt which qualifies for offset against the awarded fees, pursuant to the Treasury Offset Program as discussed in *Astrue v. Ratliff*, 560 U.S. 586 (2010).

　　If Plaintiff has no such debt, then the check shall be made out to Plaintiff's attorney, Jamie Evans: 222 NE Park Plaza Drive, Suite 113, Vancouver, WA 98684. If Plaintiff has a debt, then the check for any remaining funds after offset of the debt shall be made out to Plaintiff and mailed to Plaintiff's attorney's office at the address stated above.

　　IT IS SO ORDERED this 4th day of May, 2020.

　　　　　　　　　　　　　　　　　　　　　*Stacie F. Beckerman*
　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　STACIE F. BECKERMAN
　　　　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge

ORDER FOR EAJA FEES – 1